# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULES BRISKIN, individually and dba Brisk-Set Manufacturing,,<br><br>                                       Plaintiff,<br>vs.<br><br>HARTFORD CASUALTY INSURANCE COMPANY, an Indiana Corporation,<br><br>                                       Defendant. | CASE NO. 14cv104-MMA (KSC)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS ACTION WITH PREJUDICE**<br><br>[Doc. No. 22] |

The parties jointly move for dismissal of the above-captioned action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Upon considering the joint motion and for good cause appearing, the Court **GRANTS** the motion and **DISMISSES** this action with prejudice. As stipulated in the joint motion, the parties are not to seek recovery of their respective fees and costs against each other. The Clerk of Court is instructed to close this case.

**IT IS SO ORDERED.**

DATED: September 30, 2014

*Michael M. Anello*
Hon. Michael M. Anello
United States District Judge